■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PRICE, Appellant. [636 NYS2d 1018] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered June 5, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding the prosecutor's summation and the jury charge are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245; *People v Canty,* 60 NY2d 830; *People v Bonaparte,* 78 NY2d 26; *People v Autry,* 75 AD2d 836; *People v Taik Kwung,* 186 AD2d 365). In any event, neither the prosecutor's summation nor the jury charge constituted reversible error *(see, People v Diaz,* 209 AD2d 632; *People v Taik Kwung, supra).*

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Balletta, J. P., Miller, O'Brien and Sullivan, JJ., concur.